The next case for oral argument is Ridenour v. Exxon. Counsel, in the last case, we extended the time from 10 to 20 minutes. Our time is set by clerks who sort of weigh the briefs. They don't – it doesn't always really reflect the amount of time the case deserves. This case probably should have been listed as a 10-minute case. Oh, it is? Yeah. Okay. It was properly listed. Okay. Counsel. Thank you, counsel. You may proceed. Your Honors, first a housekeeping issue. I note that Fallon, the City of Fallon, has filed a brief in this appeal as an appellee, and this is incorrect since the only issue being appealed is the district court's denial of the plaintiff's motion for reconsideration of its ruling granting the United States government's motion to dismiss on the grounds of insufficiency of process. The process in question was upon the United States government under Rule 4i and not on the City of Fallon. The City of Fallon's liability in this case was dismissed when the district court's final judgment was entered, November 7, 2002. As such, the City of Fallon does not have standing in the present appeal, and its brief should be considered nonconforming amicus curiae at best because they have no standing. In regards to the United States, in their letter to the plaintiff in June of 2002, in their brief, they clearly state that although the United States must be served, the Department of the Navy is responsible for the response to the complaint. And the Department of the Navy is the entity that received the complaint and the summons some 30 days after the case was filed. So they were in the they had written notice of the litigation. But there are certain statutory requirements as to whom you must serve and how you must do it. And it's a little bit odd to me that you couldn't read the rules and follow them. Well, Your Honor. Maybe you're in for malpractice. Right. Your Honor, the cases that have been cited against us relate to ignorance of the law. And ignorance of the law is not the issue here. At best, it's reliance upon a trusted secretary who affirmed on many occasions that, indeed, the appropriate people were served and I relied upon her. And unfortunately, perhaps they were not served. We are not quite sure of that. But, indeed, the rules should be construed fairly liberally, especially in the situation where the consequences of an adverse ruling against the plaintiff are so heavy and the prejudice to the defendant is so minor. I thought there was still time to file a new action. The motion the case was dismissed with prejudice. Without prejudice. And statute. That was dismissed without prejudice. I'm sorry. Without prejudice, yes. But that's so you could go to State court. Is that correct? We could go to State court, yes. That is the meaning of the without prejudice. Is that correct? That's correct. However, if we go to State court, then we can't really name the Navy. And State court, in my opinion, is not the appropriate venue for this particular issue, primarily because, if you'll allow me, we're dealing with a major, major problem, and that being environmental pollution causing childhood leukemia in the country, in the world. And this is a this is the purpose of this. A suit alleging that can be brought in Federal court. If there's a bar, it's only against your client filing the suit. Isn't that right? Isn't there another suit currently proceeding in Federal court? That's correct. And the government has answered, and the case is now proceeding. Now, what is the practical effect of this dismissal? It's if your client can't be the principal party in the class action? It's one year delay. It's four rhabdomyosarcomas and two acute lymphocytic leukemias that we know about. That's the practice. Why is it a year delay? Isn't that case ahead of yours by now? The Ridenour case was the first one that was. No, no. As of now. Procedural delays have cost children's lives. That's the only issue here, Your Honor. Well, there's nothing that can be done about that at this point. At this point, what can be done is to accelerate the procedure to get into the scientific merits of the case so that no longer. If I'm wrong, then I'd be wrong. But we want to accelerate this issue so that no no more children get sick and die. What Judge Reinhart is saying is that the other case now procedurally is ahead of this one because of your service problems. Is that not correct? That's correct. So. So there's no harm to the children that you can remedy. You can't jump ahead of the other case because they're proceeding. There are issues here, Your Honor, that have to be addressed regards federal. There are. We have to decide the case, whether it was wrong or right to dismiss yours. But, you know, when you said about the drastic effects, whatever they are, they're over and there's no remedy for them. Maybe you would have been farther ahead by now, but there's no way to cure that. So that there's whatever has happened has happened. And meanwhile, the children's the case is proceeding. In addition, there's there should be a precedent set here regards to district court judges and their their liberal decisions regarding the procedures. In this particular case, we are faced with any number of procedural. Isn't this a liberal interpretation, but a strict interpretation of the statute by the judge? Oh, no, no, no. The statute or the rule is to be interpreted rather liberally on a case by case basis. I see. And so it is indeed an abuse of discretion issue here because the judge has total discretion as to whether or not to dismiss the case or to prolong the time for for the case where you were notified that service hadn't been made. Yes, Your Honor. OK, so what was all that nonsense about the secretary? You were told service hadn't been made. That's correct. So at that point, you could have made service. Well, the nonsense about the secretary was the secretary told me that service was made. OK. And the other person says it hasn't been made. So what is the big deal? You can serve it again within the time. The the letter stated that service wasn't made. The affirmations from the secretary subsequently were made to me at the time that the 120 day period elapsed. The defendant filed a motion to dismiss. In response to the motion to dismiss, the complaint and summons were attached as exhibits. So at that point, the defendant was noticed. And the defendant continued to throw procedural roadblocks, not meritorious or scientific roadblocks, but procedural roadblocks. And all of the defendants in this case are just throwing procedural roadblocks into this particular issue. OK. I thought that while the time period was running, you had notice from somebody that service had not yet been made. Are you telling me all you had was notice from somebody as to how service had to be made? And yes, how service had to be made. That was the letter from Mr. Bain regarding how service must be made. At that point, I depended upon my secretary to make service appropriate. And either she misled me or somebody else, something happened and service had not been made. However, it was cured within a month and service was made. And the judge decided to use this particular issue to dismiss the case. Well, is service within the 120 days mandatory? No. The rule is to be construed liberally on a case-by-case basis. And the judge has the discretion to either dismiss the case or expand the time necessary. So it's not he exercised his discretion to dismiss. That's correct. And it's my position he abused that discretion because of the gravity. Because of the pioneer analysis, the gravity of the adverse ruling against the party is so great, as opposed to the prejudice to the moving party, which is so small, that the judge abused his discretion. All right. Thank you, counsel. May it please the Court. Adam Bain for the United States. The district court in this case did not abuse its discretion in the actions that it took. The federal rules of civil procedure are carefully written for specific purposes. The rule for service of process on the United States has become increasingly specific and clear over the years. The plaintiff must serve both the United States and the attorney general by very specific means. This rule is meant to ensure that the Department of Justice can monitor and control the thousands of civil cases that are filed against it each year. And Rule 4 has a specific 120-day time period for service, which is intended to encourage the prompt movement of civil cases through the federal court system. Now, at the time you wrote the letter saying exactly how it should be done, you probably had in your hands a copy of the summons and the complaint. That's right, Your Honor. So you had received them. I had received them. They had been sent to me by counsel for the Navy. But the rule specifically requires that. Well, I understand what the rule requires. Yes. But you did have them. You had received them. I did have the complaint. And I was looking at when does my time start to answer this complaint. And that is, of course, predicated on proper service of the complaint. You could have accepted service, could you not? I can't accept service. Service, I think, has to be to the attorney general's office and to the U.S. attorney's office. I don't have the ability to accept service on behalf of the government under those rules as far as I know. And so I can't accept service. You're in the U.S. attorney's office locally. No, I'm in the Department of Justice in Washington, D.C., Your Honor. You're in Washington, D.C. So in effect, the attorney general had received it in Washington, D.C. Well, I wouldn't necessarily represent that I can receive service on behalf of the attorney general. That wasn't my question. Yeah. But it had been received. In Washington, D.C. Yes. By the Department of Justice. Yes, Your Honor. Yes. And one point I would like to say is that, you know, I went beyond the call to notify plaintiff's attorney exactly what to do. And he still failed to do it. And I think given this notice, the district court exercised its discretion to dismiss the case. Once I filed the motion to dismiss, the plaintiff's attorney tried to prove that service was done, but, in fact, the receipts that were offered to the district court didn't have any signature showing that the receipts had been or that the service had been received. It didn't show how the service had been done. And, in fact, when you put the numbers in the United States Postal Service's tracking system, there's no record indicating that this was ever done. So that led the district court to question whether, in fact, the complaint in Summits had ever been sent to the United States at all as plaintiff represented in response to the motion to dismiss. Another factor that I would like to address is the claim to prejudice that the plaintiff's attorney has made reference to. And with respect to that, I'd like to say two things. First of all, as soon as the complaint was dismissed, plaintiff's attorney filed another class action complaint in the District of Nevada with a new named plaintiff. And that's the class action that has been going forward, although he has subsequently withdrawn the class action allegations. But in addition to that, I think more importantly, is that this particular plaintiff himself has an action in State court ongoing right now against all of the private defendants, making substantially the same allegations as were made in Federal District Court. Now, tort in the State of Nevada is joint in several. So if plaintiffs were to recover in the district or in the State court in Nevada, then the private defendants could seek a contribution action against the United States at that time. So there is essentially no prejudice at all to the Federal court action being dismissed. There's ongoing actions involving this particular plaintiff in State court. So there is no class action now going anywhere? That's right, Your Honor. The plaintiff voluntarily withdrew his class action allegations because the district court had set up a very specific procedure that the plaintiff's attorney and the plaintiff had to follow to get the class certified. And when that time was about ready to come up, the plaintiff voluntarily withdrew the class action allegations. So there's not a class action going on in Federal court, but there is, as I understand, a class action going on in State court right now. Briefly, I would like to make reference to the plaintiff's argument that the court should have reopened the judgment. And the argument there is that the plaintiff's attorney never offered an excuse to the district court as to why service was not effectuated. So there is no excusable neglect. You have to at least offer some reason. Were there any – was there any affidavit or any documents filed with respect to the secretary and what she did? No. The plaintiff's attorney or office never filed a sworn affidavit stating exactly why the service wasn't made. They kept on attempting to show that service had been made, and the district court kept finding that the burden had not been met. So there was no reason ever given as to why service was not made. In fact, I think this is the first time it's been articulated here in this Court as to why service wasn't made. So for all those reasons, excusable neglect does not pertain to this action. Unless the Court has any other questions, I would like to turn over the remainder of the 10 minutes to Mr. Lattin for the City of Fallon if he has anything to add to this. Thank you. May it please the Court, Don Lattin on behalf of the City of Fallon. The City would incorporate the arguments made by the Department of Justice. This is a service of process case. There are rules regarding service of process. The case was not served properly. The City's argument in this case is that we should not have to fight a multiplicity of lawsuits. There are several lawsuits that are pending, including the one that's been alluded to in federal court that has the same issue. And there has been, as Mr. Bain indicated, there is no prejudice to the parties here because the same issue is going forward in another court. And so the City believes that this was properly dismissed. There was no abuse of discretion. There was no reason shown why process wasn't made properly. And we believe that the dismissal should be sustained and we would ask this Court to do so. And if you have no questions, that's all I have. Thank you, counsel. Thank you. All right. You have approximately a minute left if you need it. There's no requirement for rebuttal. May I rebut? Yes. One minute. Okay. The prejudice is enormous because of the delay, the procedural delays. And I think that when this, if the court rules to reverse the judgment, that this case will be incorporated with the other cases that are ongoing and they will not be separate causes of action. Thank you, counsel. The case is argued as submitted. The next case on the calendar is Olson v. United States.
judges: B. Fletcher, Reinhardt, Restani